1  HELANE L. MORRISON (Bar No. 127752)
   CARY S. ROBNETT (Bar No. 160585)
2  PATRICK T. MURPHY (NY Bar No. 2685717)
   CAROLYN SAMIERE (Bar No. 118353)
3

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2331

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                                    C 06 5635

11 | SECURITIES AND EXCHANGE COMMISSION,    Civil Action No.

12 |        Plaintiff,                      [~~PROPOSED~~] FINAL JUDGMENT
                                            OF PERMANENT INJUNCTION
                                            AND OTHER RELIEF AGAINST
13 | vs.                                    DEFENDANT DIANE KAYSER

14 | DIANE KAYSER,

15 |        Defendant.

16

17

18      Plaintiff United States Securities and Exchange Commission ("Commission") has filed its

19 Complaint for Permanent Injunction and Other Relief ("Complaint") in this action. Defendant Diane

20 Kayser ("Defendant"), who was represented by counsel, has submitted the Consent of Defendant Diane

21 Kayser to Entry of Final Judgment of Permanent Injunction and Other Relief ("Consent"), which was

22 filed simultaneously with this [Proposed] Final Judgment of Permanent Injunction and Other Relief

23 Against Defendant Diane Kayser ("Final Judgment") and incorporated herein by reference. In the

24 Consent, Kayser waived service of the Summons and the Complaint, admitted the jurisdiction of this

25 Court over her and over the subject matter of this action, admitted that she was fully advised and

26 informed of the right to a judicial determination of this matter, waived findings of fact and conclusions

27 of law as provided by Rule 52 of the Federal Rules of Civil Procedure, consented to the entry of this

28                                                    [~~Proposed~~] FINAL JUDGEMENT OF
                                                      PERMANENT INJUNCTION AND OTHER RELIEF
                                                      AGAINST DEFDEDANT DIANE KAYSER

1  Final Judgment, without admitting or denying any of the allegations in the Complaint except as set forth
2  in the Consent, and waived notice of hearing upon the entry of this Final Judgment. The Court, being
3  fully advised, orders as follows:

## I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant and her agents, servants, employees, attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5] by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security.

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant and her agents, servants, employees and attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from aiding and abetting any violation of Section 13(a) of the Exchange Act [15 U.S.C. § 78m(a)] and Rules 12b-20, 13a-1, 13a-11, 13a-13 and 13a-14 promulgated thereunder [17 C.F.R. §§ 240.12b-20, 240.13a-1, 240.13a-11, 240.13a-13 and 240.13a-14] by knowingly providing substantial assistance to an issuer which has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or Section 15(d) of the

-2-  [Proposed] FINAL JUDGMENT OF PERMANENET INJUCNTION AND OTHER RELIEF AGAINST DEFENDANT DIANE KAYSER

1  Exchange Act [15 U.S.C. § 78o] in failing to file with the Commission such accurate and complete
2  information, reports, and documents as are required to be filed with the Commission pursuant to
3  Section 13(a) of the Exchange Act [15 U.S.C. § 78m(a)] and the Commission's Rules promulgated
4  thereunder, including but not limited to, quarterly reports on Form 10-Q [17 C.F.R. § 249.308a] as
5  prescribed by Commission Rule 13a-13 [17 C.F.R. § 240.13a-13], and current reports on Form 8-K
6  [17 C.F.R. § 249.308] as prescribed by Commission Rule 13a-11 [17 C.F.R. § 240.13a-11], such
7  information and documents to contain, in addition to such information as is expressly required to be
8  included in a statement or report to the Commission, such further material information, if any, as may
9  be necessary to make the required statements, in the light of the circumstances under which they are
10 made, not misleading, as prescribed by Commission Rule 12b-20 [17 C.F.R. § 240.12b-20].

12                                                III.

13 IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant and her
14 agents, servants, employees and attorneys, and all persons in active concert or participation with any
15 of them, who receive actual notice of this Final Judgment by personal service or otherwise are
16 permanently restrained and enjoined from aiding and abetting any violation of Section 13(b)(2)(A) of
17 the Exchange Act [15 U.S.C. § 78m(b)(2)(A)] by causing any issuer which has a class of securities
18 registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or Section 15(d) of the
19 Exchange Act [15 U.S.C. § 78o] to fail to make or keep books, records or accounts, which, in
20 reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the
21 issuer.

22                                                IV.

23 IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Kayser and her
24 agents, servants, employees and attorneys, and all persons in active concert or participation with any
25 of them, who receive actual notice of this Final Judgment by personal service or otherwise are
26 permanently restrained and enjoined from aiding and abetting any violation of Section 13(b)(2)(B) of
27 the Exchange Act [15 U.S.C. § 78m(b)(2)(B)] by causing any issuer which has a class of securities
28 registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or Section 15(d) of the

-3-   [Proposed] FINAL JUDGMENT OF PERMANENET INJUCNTION AND OTHER RELIEF AGAINST DEFENDANT DIANE KAYSER

1 | Exchange Act [15 U.S.C. § 78o] to fail to devise and maintain a system of internal accounting
2 | controls sufficient to provide reasonable assurances that:

3 |     A. transactions are executed in accordance with management's general or specific
4 | authorization;

5 |     B. transactions are recorded as necessary (i) to permit preparation of financial statements in
6 | conformity with generally accepted accounting principles or any other criteria applicable to such
7 | statements, and (ii) to maintain accountability for assets;

8 |     C. access to assets is permitted only in accordance with management's general or specific
9 | authorization; and

10 |     D. the recorded accountability for assets is compared with the existing assets at reasonable
11 | intervals and appropriate action is taken with respect to any differences.

### V.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant and her agents, servants, employees, attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Final Judgment by personal service or otherwise are permanently enjoined and restrained from, directly or indirectly, violating Section 13(b)(5) of the Exchange Act [15 U.S.C. § 78m(b)(5)] by knowingly circumventing or failing to implement a system of internal accounting controls or knowingly falsifying any book, record, or account described in Section 13(b)(2) of the Exchange Act [15 U.S.C. § 78m(b)(2)].

### VI.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant and her agents, servants, employees and attorneys-in-fact, and all persons acting in concert or participation with any of them, who receive actual notice of this Final Judgment by personal service or otherwise, are permanently restrained and enjoined from, directly or indirectly, violating Rule 13b2-1 under the Exchange Act [17 C.F.R. § 240.13b2-1] by falsifying or causing to be falsified any book, record or account subject to Section 13(b)(2)(A) of the Exchange Act [15 U.S.C. § 78m(b)(2)(A)].

-4-

[Proposed] FINAL JUDGMENT OF PERMANENET INJUCNTION AND OTHER RELIEF AGAINST DEFENDANT DIANE KAYSER

## VII.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant and her agents, servants, employees, attorneys-in-fact, and all persons in active concert or participation with any of them, who receive actual notice of this Final Judgment by personal service or otherwise, are permanently restrained and enjoined from violating Rule 13b2-2 of the Exchange Act [17 C.F.R. §240.13b2-2] by making or causing to be made a materially false or misleading statement, or by omitting to state or causing another person to omit to state, any material fact necessary in order to make statements made, in light of the circumstances under which such statements were made, not misleading, to an accountant in connection with (A) any audit or examination of the financial statements of an issuer required to be made pursuant to the federal securities laws or (B) the preparation or filing of any document or report required to be filed with the Commission pursuant to the federal securities laws or otherwise.

## VIII.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant and her agents, servants, employees, attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 13(a) of the Exchange Act [15 U.S.C. § 78m(a)] and Rule 13a-14 of the Exchange Act [17 C.F.R. § 240.13a-14] by falsely certifying annual and quarterly reports filed with the Commission under Section 13(a) of the Exchange Act.

## IX.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], Defendant is prohibited, for five years following the date of entry of this Final Judgment, from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

[PROPOSED] FINAL JUDGMENT OF PERMANENET INJUCNTION AND OTHER RELIEF AGAINST DEFENDANT DIANE KAYSER

X.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $35,000 pursuant to Section 21(d)(3) of the Exchange Act. Defendant shall make this payment pursuant to the terms of the payment schedule set forth in paragraph XI below after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payments shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and each payment shall be accompanied by a letter identifying Diane Kayser as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. A copy of the cover letter and payment shall be simultaneously transmitted to the attention of the District Administrator at the Commission's San Francisco District Office, 44 Montgomery Street, Suite 2600, San Francisco, CA 94104. Defendant shall pay additional post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

XI.

Diane Kayser shall pay $35,000 in three installment payments according to the following schedule: (a) $11,666 within ten (10) business days of the entry of the Final Judgment; (b) $12,241.88, consisting of penalty of $11,666 and post-judgment interest of $575.88, within 365 days of the entry of the Final Judgment; and (c) $12,821.55, consisting of penalty of $11,668 and post-judgment interest of $1,153.55, within 730 days of the entry of Final Judgment.

If Diane Kayser fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment minus any payments made, shall become due and payable immediately without further application to the Court.

-6-

[Proposed] FINAL JUDGMENT OF PERMANENET INJUCNTION AND OTHER FELIEF AGAINST DEFENDANT DIANE KAYSER

XII.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

XIII.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated this 22 day of Sept , 2006

United States District Judge
Magistrate

PRESENTED BY:

Helane L. Morrison
Cary S. Robnett
Patrick T. Murphy
Carolyn Samiere

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Fax: (415) 705-2501

APPROVED AS TO FORM:

Walter F. Brown, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94104-5700
(415) 773-5995
Attorney for Defendant Diane Kayser

-7-

[Proposed] FINAL JUDGMENT OF PERMANENET
INJUCNTION AND OTHER RELIEF AGAINST
DEFENDANT DIANE KAYSER

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Helane L. Morrison morrisonh@sec.gov, uclusinw@sec.gov

Carolyn A. Samiere SamiereC@sec.gov

**A courtesy copy will be sent to:**

Cary S. Robnett
Securities and Exchange Commission
44 Montgomery Street
Suite 1100
San Francisco, CA 94104

Walter F. Brown, Esq.
Orricke, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94104

Counsel are responsible for providing copies of this order to co-counsel and opposing counsel who have not signed up for e-filing.

Dated:   9/22/06                    _____/s/ JMM_____
                                    Chambers of Magistrate Judge Lloyd